PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**F I L E D**

JAN **1 7** 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE ___WESTERN___ DISTRICT OF TEXAS
## ___SAN ANTONIO___ DIVISION

___JOSE LUIS VILLARREAL___     TDCJ#02233669
Plaintiff's Name and ID Number

___WYNNE UNIT, 810 FM 2821, HUNTSVILLE, TX.___ 77349
Place of Confinement

# SA23CA007106

CASE NO._____
(Clerk will assign the number)

v.

___BRYAN COLLIER-TDCJ EXECUTIVE DIRECTOR___, P.O BOX 99, HUNTSVILLE, TX. 77342-0099
Defendant's Name and Address

___MICHAEL MACKEY-TDCJ WARDEN DOMINGUEZ UNIT___, 6535 CAGNON ROAD, SAN ANTONIO, TX. 78525
Defendant's Name and Address

___DIANA DUFF-TDCJ DIRECTORS REVIEW COMMITTEE___ (DRC), P.O. BOX 99, HUNTSVILLE, TX. 77342-0099
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."    *See* 28 U.S.C. § 1915. Thus, the court is required to  assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES **X** NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe  the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _____

        2.  Parties to previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        3.  Court: (If federal, name the district; if state, name the county.) _____

        4.  Cause number: _____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition: _____

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: WYNNE UNIT, 810 FM 2821, HUNTSVILLE, TX. 77349

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     X  YES     ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: JOSE LUIS VILLARREAL     TDCJ#02233669

WYNNE UNIT, 810 FM 2821, HUNTSVILLE, TX. 77349

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: BRYAN COLLIER-TDCJ EXECUTIVE DIRECTOR

P.O. BOX 99, HUNTSVILLE, TX. 77342-0099

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

FAILED TO ADDRESS THE ISSUE AT HAND AND DID NOT INVESTIGATE THE FACTS

Defendant #2: MICHAEL MACKEY-TDCJ WARDEN DOMINGUEZ UNIT

6535 CAGNON ROAD, SAN ANTONIO, TX. 78252

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

DENIED PLAINTIFF AND HIS MOTHER "DUE PROCESS OF LAW"

Defendant #3: DIANA DUFF-TDCJ DIRECTOR'S REVIEW COMMITTEE (DRC)

P.O. BOX 99, HUNTSVILLE, TX. 77342-0099

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

DENIED PLAINTIFF VISITATION PRIVILAGES WITH HIS MOTHER WITHOUT CAUSE

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

V.    **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Plaintiff contends that his right to be free from "cruel & unusual punishment" under the 8th Amend. Tex. Const., was violated by all the Defendants mentioned in this Compalint, in which, all defendants created a "Deliberate Indifference" when they all "unjustifiably" punished Plaintiff by removing his Mother, Belen Alvarado Ayala, from his visitors list because of a Disciplinary Case Plaintiff received on 6/15/2019. As part of the punisment given to Plaintiff was suspension of visitation that began on 7/10/2019 and was scheduled to end on 11/15/2019. [See Attachment labled A-1]. Plaintiff also contemds that his right to "due process of law" under the 14th Amend. Tex., Const. was also violated by all the defendants, see attachment labled Brief In Support of Statement of Claim.

VI.    **RELIEF:**

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

Plaintiff respectfully seeks both punitive and permanant damges in the amount totalling One Million Dollars (U.S.)(1,000,000)

VII.    **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jose Luis Villarreal, Joey Luis Villarreal, (AKA)-Spook

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ Numbers 1535781, 1648270, 2015343, 2233669

VIII.    **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? _____YES _X_ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____

   2.  Case number: _____

   3.  Approximate date sanctions were imposed: _____

   4.  Have the sanctions been lifted or otherwise satisfied?                _____YES _____NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES _____ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: __1/2/2023__
           DATE

JOSE LUIS VILLARREAL

(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____5th____ day of ___JANUARY___, 20 23 ___.
          (Day)             (month)        (year)

JOSE LUIS VILLARREAL

(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOSE LUIS VILLARREAL
PLAINTIFF, PRO SE

§

v.

§

BRYAN COLLIER-EXECUTIVE DIRECTOR TDCJ
RESPONDANT

§        CAUSE NO. _____

MICHAEL MACKEY-WARDEN DOMINGUEZ UNIT TDCJ
RESPONDANT

§

DIANA DUFF-TDCJ DIRECTOR'S REVIEW COMMITTEE

§

---

## BRIEF IN SUPPORT OF STATEMENT OF CLAIM

## V. STATEMENT OF CLAIM/CONTINUED

Defendants failed to contact the proper authorities so they may pro-
perly investigate the accusation and facts against Plaintiff and did
not seek any criminal action by a court having competent jurisdiction
of the subject matter before punishing Plaintiff. The Disciplinary
Case was in direct relation to an incident that occurred on 7/10/2019
where Plaintiff was falsely accussed of possessing narcotics in Texas
Penal Facility, Marijuana, namely, K2-Synthetic Canabandid. After his
punishment ended on 11/15/2019, Plaintiff and his Mother made many at-
tempts to have his Mother placed back on to his visitors list by sen-
ding all the Defendants timely correspondence requesting to have her
placed back on to Plaitiff's visitors list. [See Exhibit B-1]. Defen-
dant Diana Duff returned Plaintiff a response. [See ExhibitB-2 and B-3]
The Plaintiff's Disciplinary Case was filed on 7/10/2019 at 11:00pm and
was executed on 7/12/2019. [Refer back to Exhibit A-1]. Plaintiff timely
filed his Step 1 and Step 2 Grievances in an attempt to appeal his Dis-
ciplinary Case but was denied by all the Defendants. [See Exhibits C-1
and C-2]. Plaintiff's Mother was physically ill at that time and her
health began to further decline when she too was also denied her timely
request to allow her to visit with her Son, the Plaintiff. On July 2,
2022, Plaintiff's Mother died because of her health conditions and her
Son, the Plaintiff, was left to suffer further "injury" and "irreparable
harm". [See Exhibits D-1 and D-2].

PAGE 1

## STATEMENT OF CLAIM/CONTINUED

Plaintiff and his Mother were not allowed contact visits with each other despite their many attempts to have the issue resolved by all of the Defendant's in their official capacity "working under the color of state of law". The only communication between Plaintiff and his Mother were through letters, Securus pay phone, and JPAY Messages, in which, Plaintiff's Mother would often use JPAY Messages to express her deepest sarrow and pain about the issue at hand. [See Exhbit E-1]. Plaintiff asserts that his right and his Mother's right to "due process of law" were not only denied and violated by all the Defendants, but that a clear abuse of authority and discretion is clear and apparent in his claim. Plaintiff contends that the "emotional injury" and the "irreparable harm" caused by all the Defendants entitle him to not just punitive damages but also to permanant damges for the wrong described herein. Wherefore, Plaintiff pro se respectfully prays that this Honorable Court enter judgment granting Plaintiff:

1. A declaration that the acts and ommissions described herein violated Plaintiff's right(s) and his Mother's right(s) under the Constitution and laws of the United States.

2. Punitive and Permanant damages in the amount of Two Hundred and Fifty Thousand Dollars and Zero Cents (U.S)($250,000) against Defendant Michael Mackey.

3. Punitive and Permanant damages in the amount of Two Hundred and Fifty Thousand Dollars and Zero Cents (U.S)($250,000) against Defendant Diana Duff.

4. Punitive and Permanant damages in the amount of Five Hundred Thousand Dollars and Zero Cents (U.S.)($500,000) against Defendant Bryan Collier.

5. A jury trial on all issues triable by jury.

6. Plaintiff's costs in this suit.

7. Any additional relief that this Honorable Court deems just, proper, and equitable.

Executed this 5th day
of JANUARY , 2023.

RESPECTFULLY SUBMITTED,

JOSE LUIS VILLARREAL
PLAINTIFF, PRO SE

WYNNE UNIT
810 FM 2821 #C1-2-18T
HUNTSVILLE, TX. 77349
TDCJ#02233669

PAGE 2

Cause No. _____

Exhibit A1, page 1 of 1

DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20190274240 TDCJNO:022336  NAME: VILLARREAL, JOSE LUIS         EA: 8.0
UNIT:BX  HSNG: K2F    003T    JOB: PRE-HEARING DETENTION            IQ: 118
CLSS: S3  CUST: G2  PRIMARY LANGUAGE: ENGLISH    LMHA RESTRICTIONS:  NONE
BRD: MA 7 MTH  OFF.DATE: 07/10/19  11:00 PM  LOCATION: BX MISCELLANEOUS
TYPE: TF

OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT BX (D-BUILDING REAR SALLYPORT),
OFFENDER: VILLARREAL, JOSE LUIS, TDCJ-ID NO. 02233669, POSSESSED (A NARCOTIC,
MARIJUANA, OR UNAUTHORIZED DRUG), NAMELY, (K2-SYNTHETIC CANABANOID).

CHARGING OFFICER: HOLT, B. SGT                SHIFT/CARD: 2 4
                            OFFENDER NOTIFICATION  IF APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED: 215 pr   7-12-19  BY:(PRINT)   R Lopez
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES NO  IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: X Joseph Keller   DATE: 7-12-19
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: Joseph Keller     DATE: 7-12-16
                            PRE-HEARING INFORMATION
HEARING DATE: 7/15/19  TIME: 5:30pm  UNIT BX FOLDER B  FILE 35  DSFILE 246318
COUNSEL SUBSTITUTE AT HEARING:  RC  FOLDER    FILE    DSFILE
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7)IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE)  (2) Investigation

OFFENDER STATEMENT:  I can't say nothing I got caught.

OFFENSE CODES:  (B)          12.0
OFFENDER PLEA: G, NG, NONE)  | G  |    |    |    |
FINDINGS: (G, NG, DS)        | G  |    |    |    |
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__ BY:(INITIAL)____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT B)OFFICER'S REPORT C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: (B) (D) Officers report (D) photos
AO: The shorts appeared disstressed. The shorts had a pair of shorts with
a pocket the had 2 balls of K2 (tested positive). Those are the shorts

                            PUNISHMENT
LOSS OF PRIV(DAYS)___  REPRIMAND.............  X
*RECREATION(DAYS) 45  EXTRA DUTY(HOURS)......___  REMAIN LINE 3.........___
*COMMISSARY(DAYS) 60  CONT.VISIT SUSP.THRU 11/15/19  REDUC.CLASS FROM S3 TO 4
*PROPERTY(DAYS)..___  CELL RESTR(DAYS).......___  GOOD TIME LOST(DAYS). 90
*  OTS(DAYS).. 60  SPECIAL CELL RESTR(DAYS).____  DAMAGES/FORFEIT.$_____
SPECIFIC FACTUAL REASON FOR PARTICULAR PUNISHMENT IMPOSED:_____
                    Due to the nature of the offense

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) No  NO / NA
DATE PLACED IN PRE-HEARING DETENTION: 7/10/19  HEARING LENGTH  8  (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF DR REPORT: X In Restraints
Capt J. Castillo
HEARING OFFICER (PRINT)  WARDEN          REVIEWER SIGNATURE
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

Cause No. _____

Exhibit B-1, page 1 of 2

"Copy"

To whom this matter may concern. I've tried desperately for 2 yrs and keep hitting road blocks. what can I do, who can I try contacting? I don't have anyone who can help me from outside. you're my last hope. I just wrote "Bryan Collier" directly on 9.29.21 and requested a responce from him personally this is un-just. My mother is not too phone or internet smart. She also is going through Medical issue's (high blood pressure, restricted movements due to herniated disks, depression. Anxiety.) what harm could video visits cause? I have 12½ yrs left on my sentence no telling how much longer I'll do. would deeply appreciate help on this and getting Our Visits granted back. Please help find a way and respond in a timely manner. would lose my mind if Something happens to my Mother while I'm n TDC and I don't get to see her. This COVID is no joke as I'm Sure you know, if the Shoe were on the other Foot what action would you Seek. I understand if we was caught but thats not the issue. PLEASE DON'T lose this Paper work, even tho I have Carbon copy's but would appreciate these returned.

Jose L Villarreal

copy filed: 10·12·21

Cause No. _____

Exhibit B-1, Page 2 of 2

Joe L. Villarreal 2233669
Wynne Unit
810 Fm 2821
Huntsville Tx. 77349

77342-009999

NORTH HOUSTON TX 773

15 OCT 2022 PM 4 L

"OMBUDSMAN"
P.O. Box 99
Huntsville Tx. 77342



Cause No. _____

Exhibit B-2, page 1 of 1



# Texas Department of Criminal Justice

**Bryan Collier**
Executive Director

August 13, 2019 ← *Try again in Feb. 2020*

Belen Ayala
709 E Second St
Victoria, TX 77901

Dear Belen Ayala;

Correspondence concerning visitation privileges with offender Jose Villarreal, TDCJ-ID# 2233669, Dominguez Unit, has been received and reviewed by the Director's Review Committee (DRC).

The committee considered the information in said letter as well as other information concerning the revocation of your visitation privileges. After careful perusal and deliberation, it was the decision of the committee to not grant the request; your name will not be added to the list of approved visitors for offender Villarreal at this time.

After six months, a written request may be submitted to the DRC for consideration of visitation privileges.

Your concern in the matter is appreciated.

Sincerely,

D. Duff
Director's Review Committee

copy:   Chief of Classifications – Dominguez Unit
        offender Villarreal
        file

Cause No. _____

Exhibit B-3, page 1 of 1



# Texas Department of Criminal Justice

**Bryan Collier**
Executive Director

February 24, 2022

Belen Ayala
1005 E Virginia
Victoria, TX 77901

Dear Belen Ayala;

Correspondence concerning visitation privileges with offender Jose Villarreal, TDCJ-ID# 2233669, Wynne Unit, has been received and reviewed by the Director's Review Committee (DRC).

The committee considered the information in said letter as well as other information concerning the revocation of your visitation privileges. After careful perusal and deliberation, it was the decision of the committee to "not grant" the request; your name will not be added to the list of approved visitors for offender Villarreal at this time.

After six months, a written request may be submitted to the DRC for consideration of visitation privileges.

Your concern in the matter is appreciated.

Sincerely,

D. Duff
Director's Review Committee

copy:   Chief of Classifications – Wynne Unit
        offender Villarreal
        file

---

Exhibit C-1
page 17

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Grievance #:</td><td></td></tr>
<tr><td>Date Received:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID #:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
<tr><td>Date Retd to Offender:</td><td></td></tr>
</table>

Offender Name: Jose L. Villarreal  TDCJ # 2233669

Unit: Wynne Unit  Housing ___nt: B3-1-7B

Unit where incident occurred: Doming___ Unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? DRC Mr. Duff  When? 7/2019//3/2020//10/2020

What was their response? Try again in 6 months

What action was taken? Decision Stands (No Action Taken)

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 7/10/2019 I was accused of possession of contraband (K-2) and put in P-H-D. I stayed in P-H-D until 7/15/2019. When my case was ran, during the Disciplinary Hearing, the GI and the Captain who ran the case made a statement that they heard my name floating around by other inmates, that I was the person who was bringing in the contraband. The Ranking Officers also stated that they were just waiting for me to get caught with the contraband or get get caught attempting to smuggle in the contraband. I later learned, that my Mother 'Belen Ayala' had been removed from my visitation list. When I addressed this issue with the High Ranking Officers at the Unit, they advised me that she was taken off my visitors list because they were told by other inmates that my Mom was involved in helping me smuggle the contraband into the Unit through our in person visits. The hearsay testimony of other inmates should not and cannot be accepted as true without the proper and complete investigation conducted by only the proper authorities having the proper jurisdiction and thus, is a violation of my Mother's "Due Process Right".[See Tex. Code Crim. Proc. Art. 1.05]. This speculation was and is unlawful and without any merit and no criminal indictment was ever filed against my Mother in my case. Although I was found guilty in my Disciplinary Case and punished, the facts remain the same, "my Mother was not involved in any criminal conduct or transactions at any time during her in person visits with me in the TDCJ", nor at any other time, and no factual nor physical evidence, nor any criminal indictment is present to continue to unlawfully punish my Mother by not allowing her to have in person visits with me. This punishment against my Mother is infact affecting her health, in which, she is suffering stress, mental anguish, depression and emotional distress. I am at this time respectfully requesting to have my Mother placed back on my visitors list as soon as possible and without any further delay. Thank You!

APR 19 2021

---

I-127 Front (Revised 11-2010)  **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**  APR 2 8 2021 (OVER)

Appendix F

APR 19 2021

APR 19 2021

**Action Requested to resolve your Complaint.**  Please place my Mother back on my Visitors List so that her health does not become fatal. Thank You!

**Offender Signature:** _Jose R. Villarrea_    **Date:** April 17, 2021

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☒ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days.  *
☐ 3. Originals not submitted.  *
☐ 4. Inappropriate/Excessive attachments.  *
☐ 5. No documented attempt at informal resolution.  *
☐ 6. No requested relief is stated.  *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language.  *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible.  *
☐ 11. Inappropriate.  *

**UGI Printed Name/Signature:** _P GROAN / RDG_    UGE III

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _____

Grievance #: 20 2109 7587

Screening Criteria Used: 20 1-388

Date Recd from Offender: APR 19 2021

Date Returned to Offender: APR 19 2021

2ⁿᵈ Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3ʳᵈ Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

# Texas Department of Criminal Justice
# STEP 2
### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

UGI Recd Date: APR 2 0 2021

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

**Offender Name:** Jose L. Villarreal    **TDCJ #** 2233669

**Unit:** Wynne Unit    **Housing Assignment:** B3-1-7B

**Unit where incident occurred:** Dominguez Unit

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I am dissatisfied with the response at Step 1 because the GI who reviewed my Step 1 did not consider the factual law statute stated in that Step 1 Grievance and did not consider my Mother's health condition and the risk that her health may become more severe and maybe even fatal. The TDCJ does not have any evidence whatsoever to continue to punish my Mother by not allowing her to come and visit me in person. Her constitutional right to "Due Process Of Law" is infact being violated by the TDCJ and its Administration and this unlawful punishment is unwarranted and unconstitutional. My Step 1 was denied due to a claim that it was untimely, still the facts remain, my Mother cannot be punished by TDCJ without affording her due process of law. I am requesting that the Director of TDCJ Brian Collier be contacted about this issue and I am respectfully making my second request to have my Mother be placed back on my visitors list without any further delay. I am further respectfully requesting a response from Brian Collier's Office to resolve this issue as soon as possible. Thank You!

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

APR 2 8 2021    Appendix G

Offender Signature: _Jose F Villarreal_     Date: April 19, 2021

**Grievance Response:**

Signature Authority: _____     Date: _____

Returned because:    *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission       CGO Initials: _____

Date UGI Rec'd:_____

Date CGO Rec'd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

2nd Submission       CGO Initials:_____

Date UGI Rec'd: _____

Date CGO Rec'd:____ _____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission       CGO Initials:_____

Date UGI Rec'd: _____

Date CGO Rec'd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)            **Appendix G**





*In Loving Memory Of*

**Belen Alvarado Ayala**

September 01, 1953 – July 02, 2022

Cause No. _____

Exhibit D-1, 1 of 2



Belen Alvarado Ayala, 68, passed peacefully from this earth, Saturday, July 2nd, 2022. Family and friends will gather for visitation, Wednesday, July 13th from 6:00PM to 8:00PM at Grace Funeral Home, 2401 Houston Hwy, in Victoria, a Rosary will be prayed at 7:00PM. Funeral Mass will be held at 1:00PM, Thursday, July 14th at Our Lady of Sorrows Catholic Church.

A native of Victoria, Belen was born September 1st, 1953 to the late Gilberto, Sr. and Maria Elida Vega Alvarado. She was a longtime member of Our Lady of Sorrows Catholic Church. Belen loved listening to music and could always been found dancing whenever a good song was being played, along with enjoying a good cold beer or whiskey and coke. Watching her Novela's and keeping up on their daily drama was a pass time Belen enjoyed. Belen was known for her tamales and enjoyed making them for friends and family around holidays and even selling a few. In her later years, she enjoyed playing bingo, video games and coloring projects on her phone. Belen was preceded in death by her parents, Gilberto Alvarado, Sr. and Maria Elida Mendoza; sisters, Susie Jimenez, and Brenda Cespedes and her daughter, Rachel Jaimes.

Belen is survived by her loving children, Alice Salinas Cepeda and her husband, Carlos, Jessica Marie Torres and her husband, Rafael, Michelle Lee Gomez and Jose Luis Villarreal; 14 grandchildren, Claudia Luna and her wife, Mary, Cassandra Luna, Jacquelyn Luna, Guillermo A. Luna, Isaac Rey Torres and his partner, Nicki Le, Eliberto Cruz Torres, Joe Angel Torres, Anastacia Gomez, Jae-Lyn Gomez Taylor, Jose Luis Villarreal, Jr., Izaiah Reuben Villarreal, Raul Garcia and his partner, Gabrielle Soto, Mary Ibarra, and Ana Ibarra; 15 great-grandchildren; siblings, Valentino Alvarado, Gilberto Alvarado, Jr. and his partner, Adelia Garza, Celestino Alvarado, and Mary Ann Gutierrez and her husband, Joe; along with numerous other loving family members and friends.

Thoughts and memories may be shared online at www.gracefuneralhome.net. You can also make a donation there for the family to help defer funeral expenses. Arrangements and services under the personal care of Grace Funeral Home – Houston Highway.



# In Loving

## M E M O R Y

# Belen Alvarado Ayala

**Date of Birth**
September 01, 1953

**Date of Death**
July 02, 2022

**Funeral Mass**
1:00 PM
Thursday, July 14, 2022
Our Lady of Sorrows Catholic Church
Victoria, Texas

**Pallbearers**
Claudia Luna, Isaac Rey Torres,
Eliberto Cruz Torres, Joe Angel Torres,
Jose Luis Villarreal, Jr.,
Izaiah Reuben Villarreal, Raul Garcia,
& Guillermo A. Luna III

When you lived your life for others
and you loved *without condition*
When you made so many laugh and your
*smile* won't be forgotten
When you left behind an empty place
that no one else can fill
When the friendships that you shared
long to be renewed
When you built your life on hope
and fulfilled it every day
The *footprints* that you left behind
will bring us face to face,
So, *goodbye* is not forever,
You're only steps away.

Cause No. _____

Exhibit D-2
1 of 3



Cause No._____

Exhibit D-2

2 of 3



Cause No._____

Exhibit D-2

3 of 3



Cause No. _____

Exhibit D-1, 2 of 2

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES – VITAL STATISTICS
Jul 06 2022

**STATE OF TEXAS**     **CERTIFICATE OF DEATH**     **STATE FILE NUMBER**     142-22-121418

| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | | | 2. DATE OF DEATH – ACTUAL OR PRESUMED (mm-dd-yyyy) |
|---|---|---|---|
| BELEN   ALVARADO   AYALA | | ALVARADO | JULY 2, 2022 |

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR | IF UNDER 1 DAY | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| FEMALE | SEPTEMBER 1, 1953 | 68 | Months Days | Hours Mins | VICTORIA, TX |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (If spouse, give name prior to first marriage) |
|---|---|---|
| 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 | Married / Widowed (Not yet remarried) / Divorced (Not yet remarried) / Never Married / Unknown | |

| 10a. RESIDENCE STREET ADDRESS | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|
| 1005 E. VIRGINIA AVENUE | | VICTORIA |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| VICTORIA | TEXAS | 77901-5444 | ☒ Yes ☐ No |

| 11. FATHER/PARENT'S NAME PRIOR TO FIRST MARRIAGE | 12. MOTHER/PARENT'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| GILBERTO   ALVARADO   SR. | MARIA   ELIDA   VEGA |

**13. PLACE OF DEATH (CHECK ONLY ONE)**

IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☒ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☐ Other (Specify)

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO.) | 16. FACILITY NAME (If not institution, give street and number) |
|---|---|---|
| VICTORIA | VICTORIA, 77904 | HOSPICE OF SOUTH TEXAS CENTER OF COMPASSION |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| ALICE SALINAS CEPEDA – DAUGHTER | 834 HOLLYBROOK DR., INEZ, TX 77968 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND NAME OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH | 21. |
|---|---|---|
| ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify) | CHARLA R. HARGER BY ELECTRONIC SIGNATURE – 11758 | ☐ Unknown |

| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) |
|---|---|
| HARWIN ENTERPRISES CREMATORY | VICTORIA, TX |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| GRACE FUNERAL HOME | 2409 HOUSTON HWY, VICTORIA, TX 77901 |

| 26. CERTIFIER (Check only one) | | |
|---|---|---|

| 27. SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH |
|---|---|---|---|
| TYSON MEYER , BY ELECTRONIC SIGNATURE | JULY 6, 2022 | M98537 | 05:30 AM |

| 31. PRINTED NAME & ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| TYSON   MEYER , 805 E. LOCUST, VICTORIA, TX 77901 | MD |

| 33. PART I. ENTER THE CHAIN OF EVENTS – DISEASES, INJURIES, OR COMPLICATIONS – THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH LINE. | Approximate interval: Onset to death |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death)    a. METABOLIC ENCEPHALOPATHY | WEEKS |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST    b. CONGESTIVE HEART FAILURE | YEARS |

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH, BUT NOT RESULTING IN THE UNDERLYING CAUSE

| 35. MANNER OF DEATH | 36. DID TOBACCO USE CONTRIBUTE TO DEATH? | 37. IF FEMALE | 38. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☐ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined | ☐ Yes ☐ No ☐ Probably ☐ Unknown | ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year | ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |

| 39a. DATE OF INJURY | 39b. TIME OF INJURY | 39c. INJURY AT WORK? | 39d. PLACE OF INJURY (e.g., Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| | | ☐ Yes ☐ No | |

| 40. LOCATION (Street and Number, City, State, Zip Code) | 40d. COUNTY OF INJURY |
|---|---|
| | |

41. DESCRIBE HOW INJURY OCCURRED

MAR

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 02000612 | JULY 6, 2022 | |

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

**ISSUED**    Jul 11 2022



TARA DAS
STATE REGISTRAR



WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

THE STATE OF TEXAS

DEPARTMENT OF STATE HEALTH SERVICES — VITAL STATISTICS

JOSE LUIS VILLARREAL 02233669 BX K3B   05 ID:644891586 [P 1/1]

**You have received a *jpay* letter, the fastest way to get mail**

From : Belen  Ayala,  CustomerID: 24024559
To   : JOSE LUIS VILLARREAL, ID: 02233669
Date : 9/4/2019 2:17:19 PM EST,     Letter ID: 644891586
Location : BX
Housing : K3B   05

hello son how are you doing today I hope you are fine as for me I am doing good just here missing you so much i wish the Warden would let me visit you again are at least let you call me well if not I can still write to you and you can write to me. Your Tia Ofelia,Dora came to see me Sunday they were here about two hours with me then they left we had a good visit they send their love oh Paula gave me forty dollars to send to you and I'm sending it today I send you thirty dollars three weeks ago and then I send you thirty dollars more the week after that but I didn't send you nothing last week but I'm sending you the forty Paula gave me and next week I'll send you thirty dollars more okay well everybody is doing okay I'm going to send you some pictures of of Nana the baby and the boy's and me I'm trying to get some more pictures of everyone else to send to you I'm still turning on a candle to la Santa murte as often as I can cuz i have to okay. Michelle's address is 2309 Leary Lane apartment 36 . I need for you to send me the list of people that can go visit you and if you can put Paula on there and let me know when she can start going to see you okay please don't take to long to write to me and let me know how you are doing please son I love you so much and i hope the Warden has a heart and gets you out of that hell hole he has you in and lets me visit you again. Oh and I'm not telling you that I'm doing good just to make you feel good I'm doing good son im feeling good thanks to God well I'm going to let you go for now but I will write to you a little later okay. Love you Mom

*Cause No.* _____

*Exhibit E-1, 1 of 6*

**You have received a _jpay_ letter, the fastest way to get mail**

From : Belen  Ayala,  CustomerID: 24024559
To   :  JOSE LUIS VILLARREAL, ID: 02233669
Date :  9/9/2019 12:28:08 PM EST,    Letter ID: 647435329
Location :  BX
Housing :  K5E    05

good morning son, How are you doing today well as for me I'm doing okay I got my flu shot and like always got the flu but I'm getting better and your sister jayjay is taking care of me very well so I'm coming along good her and the boy's are great in taking care of me. I went to go see Nana and the baby and the baby got sick so I'm staying away till I get over the flu but they call me every day and check up on me. I want to know if you got the money i send you it was forty dollars from Paula she said she was going to jaypay you some letter's to so i hope you get them. Well the boy's are doing good Zay has a stomach bug doctor said it has to take it's corse till it's out of his system but he's doing okay.Your sister Michelle called me this morning and said that the baby is doing better but just has a cough left. Other than that everyone else hasn't gotten sick.Well son I'm letting you go for now but will write you later today okay.May God bless you and keep you strong in that hell hole they got you in but God is good and don't like ugly people are heart less people don't forget that I'm doing everything I can to see justice for what Warden Mackie Is doing to me and to you when he knows I'm innocent cuz I'm surged every time I went to see you but it's in God's hands to rescue you from evil and my Santa murte they like honestly. laters son love you very much with all my heart. I'm praying for you and me please stay strong for me and the family son. Things will get better soon i promise you that.love, you always keep strong I'm with you in mind,heart and soul .

# Cause No, _____

# Exhibit E-1, 2 of 6

_jpay_ Tell your friends and family to visit www.jpay.com to write letters and send money!

*You have received a* **jpay** *letter, the fastest way to get mail*

From : Belen Ayala, CustomerID: 24024559
To   : JOSE LUIS VILLARREAL, ID: 02233669
Date : 9/21/2019 12:27:09 PM EST,   Letter ID: 653942094
Location : DA
Housing : F-3    18

Dear son good morning first of all I've been thinking about you alot and want to know how are you doing and to let you know that I'm doing good haven't gotten sick no more. Monday I go to dentist and have this tooth taken out so I won't have no more Pain. Why haven't you wrote Michelle I send you her address and your sister jayjay. Good news that I have for you is that litos kids were given to your sister Lisa and they are in her custody she got them legally she got them Wednesday I haven't gone to see them yet because CPS said they couldn't have visitors until this Monday coming up so thats when I'm going to go see them. Did I Tell you that jaylin Michelle baby is walking up a storm she cries when we put her in her walker when Michelle is cooking are cleaning up she just wants to be walking around. She is trying to talk already to not alot but she is trying hard. Nana is doing good in her new school as a six grader her school is about two blocks from her house. the boys are doing well at their new school to they go to Strom high School Zai and Jr like the school to. Rachel is doing good she hasn't gotten sick all she does is work. I saw juanito and he said you had wrote to him but didn't say if he had written you back has Paula wrote to you ahe said she was did you get the money she sent you I want to know if you are getting everyone mail when they write to you and also the money we sent you to let us know if you get everything we sent you im going to send you some more money $30 this week Tuesday I will send it. why is it that you don't write to me they don't let you write to me are what is going on with you being able to go back to your original cell you haven't heard anything about that the kids want to go see you I'm trying to get some body to take them to go see you but no luck. Beto can probably take them next month when he turns 18 on the 20th of October then they can go see you often like before all this shit with that dam prejudice Warden did what he did to me not letting me go visit you but you know what son God don't like ugly heartless people I didn't do anything for them to treat me like that I hope he can sleep at night cuz of all the in justice things he does to people but the good lord See's everything in the world and everyone that does wrong and they will be judged by God. Well son I guess this is all the news from home I will write to you again tomorrow. I Love and miss you very much and I hope you get out of that hell you are in cuz of ugly people he thinks he is high and mighty but nobody is greater than God but what he is doing to humans treating you like un humanity but his time will come. Love you and stay strong and healthy the good lord will give you the strength to keep your head up and free you from that dangeon that the Warden has you in but I'm going to talk to person that knows the rules of the prison's and see if it is legal for the warden's to do that to you are anybody else well son I'll let you go for now . love your mom   Belen Ayala  answer back soon .

*Cause No.* _____

*Exhibit E-1, 3 of 6*

*You have received a **JPAY** letter, the fastest way to get mail*

From : Belen  Ayala,  CustomerID: 24228905
To    :  JOSE LUIS VILLARREAL, ID: 02233669
Date :  10/19/2019 1:51:39 PM EST,    Letter ID: 668935833
Location :  WY
Housing :  B-1-2  17

Just writing to tell you that I'm sorry i hadn't written to you sooner cuz I've been very busy trying to get my house in order.Bringing my stuff from the storage in the car and putting it up where it goes, it's hell cuz I'm doing it by myself no help everybody is working.But I'm getting it done. My new address is 1005 East Virginia Ave Victoria Texas 77901.Its a nice little two bedroom.Its like two blocks from Jay Jay house.Its nice and peaceful.Your boy's already came and spend the night with me.They have been helping me some.Well son ive been doing good and hope you to are doing good too in God's name.Well as for the newspaper I'll send it the first of November cuz I'm broke right now after getting the house but I will do it soon. when will you find out when you can have visitors and have you heard anything about me when will I be able to go see you . Well as for your prayers I'm looking for them but haven't found them yet.But I'm looking hard so I can get them to you quick.Well I'm going to close for now and write you again later today okay I love you and miss you very much and praying that they let me go see you in God's name.latrs son love your mom Belen Ayala

*Cause No.* _____

*Exhibit E-1, 4 of 6*

| You have received a **jpay** letter, the fastest way to get mail |
| --- |

From : Belen Ayala,  CustomerID: 24228905
To   : JOSE LUIS VILLARREAL, ID: 02233669
Date : 10/28/2019 4:57:05 PM EST,   Letter ID: 673296925
Location : WY
Housing : B-1-2  17

Dear son just writing to say that I love you and miss you very much.Well I'm sorry I haven't written to you been trying to finish up the ☐ ☐ but I'm almost done.I hope you are not mad at me for not writing but now that I'm almost done I'm going to write you more often i promise you that. Roland came to help me put up the dishes on the cupboard cuz it was to high for me. You know I'm short LoL Well i hope you are doing good and you are okay and we'll with good health cuz I'm doing good haven't gotten sick been feeling good just a little tired from the unpacking but other than that I'm doing good i promise that I'm not lying to you about my health. You mentioned that I had gotten into it with Gorda what Gorda. Me and lexi have never gotten mad at each other so I don't know what Gorda you are talking about. I help her all I can with the boys and take them here and there when she needs a ride and help her with money when they need something, groceries what ever she needs. You know i would never turn my back on her are the boys. I've been looking for the prayers in the boxes but i can't find them, do you remember when you send them to me was I still at Dupont are was i with Michelle already can you remember. Did you mail them to me in a write envelope, let me know but I'm still looking for them it's not that i forgot it's that I can't find them. I went to the same place where we bought those books but i can't find them they don't have the same book any more so just let me know what kind of prayers you want and I will buy another book but it is different the cover. Well son I'm fixing to let you go for now cuz I'm going to make me some eggs to eat and then I got to go to buy the candle for la flaca. Okay I'll write you again later today so you can get it soon.May the good lord Jesus keep you strong,save and healthy. I love you and miss you very much but i know that the good lord will bring us together again.Can you let me know when you're going to have visitors and you can call so you can call Lexi and the boys and everybody else. What has happened, with me going to see you and you calling me please try to find out and who I can contact to talk to them I did nothing wrong at all I'm inncent latrs love you your mom.    Belen Ayala. I just got another letter from you right now the mail man just gave it to me . LOVE your Mom

*Cause No.* _____

*Exhibit E-1, 5 of 6*

| **jpay** Tell your friends and family to visit www.jpay.com to write letters and send money! |
| --- |

You have received a **jpay** letter, the fastest way to get mail

From : Belen Ayala, CustomerID: 24228905
To   : JOSE LUIS VILLARREAL, ID: 02233669
Date : 11/4/2019 1:47:11 PM EST,   Letter ID: 677011099
Location : WY
Housing : B-1-2  17

hello son how are you doing fine I hope in God's name.Well as for me I am doing okay except that i have a cold but other then that I'm doing great. I'm doing better since Friday to today. Well news not much only that Lexi and the boys wrote to you so you should be getting three letters from them. Kiki got your address from someone that called her on her phone, and she said she was going to write to you.You need to write to Nana she's been getting in trouble at school she really needs your help so please write her and talk to her and maybe she will talk to you.Well I'm at doctor's appointment and they just called me so im going to let you go for now but I will write to you again when I get out of my appointment okay I love you so much and miss you so much.When are going to be able to get visitations so the kids can go see you before Thanksgiving if possible.Please ask when can I please get to go see you. I didn't do anything wrong in God's name please I want to know when will I get to go see you. If there's anyone that I can talk to please let me know, so I can talk to someone about what they are saying I did because I didn't do anything wrong for them to treat me that way and accusing me of something I didn't do that dam Warden at Dominguez unit just didn't like me cuz I would tell him the truth about my health and that I did have a pacemaker and it was visible and I was disabled and I took him all my cards of my disability. and he got mad at me.well I'll write you some more after my doctor's appointment latrs for now. Love you Mom Belen Ayala

Cause No. _____

Exhibit E-1, 6 of 6