FILED
June 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JOSE LUIS VILLARREAL,** <br> **TDCJ #02233669,** <br><br> Plaintiff, <br><br> v. <br><br> **BRYAN COLLIER, TDCJ Executive Director; MICHAEL MACKEY, TDCJ Warden, Dominguez Unit; and DIANA DUFF, TDCJ Directors Review Committee (DRC),** <br><br> Defendants. | § § § § § § § § § § § § § § § § |   SA-23-CV-00071-OLG |

## ORDER

Before the Court is *pro se* Plaintiff Jose Luis Villarreal's ("Villarreal") motion for default judgment in this 42 U.S.C. § 1983 civil rights matter. (Dkt. No. 13). In the motion, Villareal appears to contend he is entitled to a default judgment because Defendants have neither answered nor otherwise responded to his Complaint. (*Id.*); *see* FED. R. CIV. P. 55(a). After review, Villarreal's motion is **DENIED**. (Dkt. No. 13).

### BACKGROUND

Villarreal filed his Complaint on January 17, 2023. (Dkt. No. 1). This Court rendered a service order on February 27, 2023; a summons and copies of the service order and the Complaint were emailed to the Office of the Texas Attorney General. (Dkt. No. 8). Defendants filed a motion for extension of time to file an answer or responsive pleading on April 10, 203, which the Court granted, allowing Defendants until May 1, 2023, to file an answer or other responsive pleading. (Dkt. No. 9). On May 1, 2023, Defendants filed a motion to dismiss, which the Court converted

to a motion for summary judgment. (Dkt. Nos. 10, 11). Pursuant to the conversion Order, Defendants had until June 1, 2023, to file additional summary judgment evidence or an amended motion for summary judgment. (Dkt. No. 11). On May 24, 2023, Defendants filed a motion for extension of time to file an amended motion for summary judgment, which the Court granted. (Dkt. No. 12). Defendants amended motion for summary judgment is now due in this Court on or before July 3, 2023. (*Id.*).

## APPLICABLE LAW

If a party fails to plead or otherwise respond to a complaint within the required time period, it is subject to a motion for default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedures. *New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996); *see* FED. R. CIV. P. 55. However, entry of a default judgment is completely within the court's discretion. *Lindsey v. Prive Corp.*, 161 F.3d 886, 893 (5th Cir. 1998); *Settlement Funding, LLC v. Garcia*, 533 F. Supp.2d 685, 695 (W.D. Tex. 2006). "Federal courts generally disfavor default judgments, preferring to resolve disputes according to their merits." *Harper Maclead Solicitors v. Keaty & Keaty*, 260 F.3d 389, 393 (5th Cir. 2001) (citing *Lindsey*, 161 F.3d at 892). A plaintiff is not entitled to a default judgment as a matter of right even where the defendants is technically in default. *Lewis v. Lynn*, 236 F.3d 766, 767 (5th Cir. 2003) (per curiam). Relevant factors a court considers in determining whether to grant a default judgment include whether: (1) material issues of fact are at issue; (2) there has been substantial prejudice; (3) the grounds for default are clearly established; (4) whether the default was caused by a good faith mistake or excusable neglect; (5) the harshness of a default judgment; and (6) the court would think itself obliged to set aside the default on the defendant's motion. *Lindsey*, 161 F.3d at 892; *Garcia*, 533 F. Supp.2d at 695.

## APPLICATION

The Court finds Villarreal is not entitled to a default judgment. *See Lindsey*, 161 F.3d at 892; *Garcia*, 533 F. Supp.2d at 695. Defendants timely filed a motion to dismiss in response to the Court's service order following the Court's order granting their requested extension of time. (Dkt. No. 9). Moreover, the Court finds material facts are at issue in this case, Villarreal has not been prejudiced, a default judgment would be unduly harsh, and the Court would likely be obliged to set aside any default on Defendants' motion. *See Lindsey*, 161 F.3d at 892; *Garcia*, 533 F. Supp.2d at 695.

**IT IS THEREFORE ORDERED** that Villarreal's motion for default judgment (Dkt. No. 13) is **DENIED**.

It is **SO ORDERED**.

**SIGNED** this 28th of June, 2023.

_____
ORLANDO L. GARCIA
United States District Judge