FILED
February 15, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE LUIS VILLARREAL, TDCJ #02233669, | § § § | |
| Plaintiff, | § § | SA-23-CV-00071-OLG |
| v. | § § § | |
| BRYAN COLLIER, TDCJ Executive Director; MICHAEL MACKEY, TDCJ Warden, Dominguez Unit; and DIANA DUFF, TDCJ Directors Review Committee (DRC), | § § § § § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of this Court's Order granting summary judgment in favor of Defendants TDCJ Executive Director Bryan Collier, TDCJ Warden Michael Mackey, and Diana Duff of the TDCJ Directors Review Committee, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Defendants' TDCJ Executive Director Bryan Collier, TDCJ Warden Michael Mackey, and Diana Duff of the TDCJ Directors Review Committee Amended Motion for Summary Judgment is **GRANTED** and Plaintiff Jose Luis Villarreal's claims against them are **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendants' TDCJ Executive Director Bryan Collier, TDCJ Warden Michael Mackey, and Diana Duff of the TDCJ Directors Review Committee Motion to Dismiss is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff Jose Luis Villarreal shall take nothing in this cause against Defendants TDCJ Executive Director Bryan Collier, TDCJ Warden Michael Mackey, and Diana Duff of the TDCJ Directors Review Committee.

**IT IS FINALLY ORDERED** that the above–entitled cause of action is hereby **CLOSED**.

It is **SO ORDERED**.

**SIGNED** this 15 day of February, 2023.

ORLANDO L. GARCIA
United States District Judge